IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL NO.1:08cr76WJG-JMR-1

CLINTON T. TAPPER, JR.

FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court on motion [24] of the United States of America, [United States], for a final order of forfeiture pursuant to Rule 32.2 of the FEDERAL RULES OF CRIMINAL PROCEDURE, against Defendant Clinton T. Tapper, Jr. The Court, having considered the record in this matter, finds as follows:

On April 6, 2009, this Court entered an Agreed Preliminary Order of Forfeiture (Ct. R., Doc. 19), ordering Defendant to forfeit a money judgment in the amount of $193,406.00. Rule 32.2(c)(1) of the FEDERAL RULES OF CRIMINAL PROCEDURE provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."
The Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 (c). It is therefore,

ORDERED, that the motion [24] of the United States for a final order of forfeiture pursuant to Rule 32.2 of the FEDERAL RULES OF CRIMINAL PROCEDURE against Defendant Clinton T. Tapper, Jr., be, and is hereby, granted. It is further,

ORDERED, that the following personal property of Defendant Clinton T. Tapper, Jr., be, and is hereby, forfeited to the United States:

Personal Property

$193,406.00 money judgment

It is further,

ORDERED, that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law. It is further,

ORDERED, that the United States may, at any time, move pursuant to Rule 32.2(e) of the FEDERAL RULES OF CRIMINAL PROCEDURE to amend this Order of Forfeiture to substitute property having a value not to exceed $193,406.00 to satisfy the money judgment in whole or in part in accordance with 18 U.S.C. § 853(p). It is further,

ORDERED, that this Final Order of Forfeiture shall be enrolled in all appropriate Judgment Rolls. It is further,

ORDERED, the Court shall retain jurisdiction of this matter for the enforcement of its orders, and to amend its orders as necessary, pursuant to Rule 32.2 of the FEDERAL RULES OF CRIMINAL PROCEDURE.

SO ORDERED this 8th day of July, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE